IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DAVID H. STAPLES and<br>MARJA STAPLES,<br><br>    Plaintiffs,<br><br>v.<br><br>RUYTER BAY LAND PARTNERS, LLC,<br>RUYTER BAY LAND INVESTORS, LLC,<br>MIKAEL VAN LOON,<br>STEPHEN STRANAHAN,<br>CHARLES SALISBURY,<br>GRANT HATHAWAY,<br>FRANK MURRAY and<br>THE NATURE CONSERVANCY,<br><br>    Defendants. | CIVIL NO. 2005-11<br><br><br>ACTION FOR DAMAGES, BREACH<br>OF FIDUCIARY RESPONSIBILITY,<br>BREACH OF CONTRACT, MALFEASANCE,<br>COLLUSION, CONSPIRACY AND FRAUD,<br>CONFLICT OF INTEREST.<br><br>JURY TRIAL DEMANDED |

### MOTION FOR STAY OF RULING

Plaintiffs, David & Marja Staples, wish to notify the Court that they must be off-island for medical purposes until at least the second week of October, 2007.

In that they will be unavailable to respond to any Court decision until that time, plaintiffs respectfully request that the Court stay any ruling until after this time.

Please note that if the Court needs to communicate with plaintiffs during this period, it can address any communication to:

    David Staples & Marja Staples
    c/- David H. Staples, Jr.
    Oak Point
    6652 Calumet Circle
    Lake Worth, FL 33467

DATED: September 10, 2007                  Respectfully submitted,

                                                          /s/ David H. Staples
                                                          David H. Staples

Motion for Stay of Ruling
P. 2

*Marja Staples*
Marja Staples

Oak Point
6652 Calumet Circle
Lake Worth, FL 33467

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September, 2007, a true and exact copy of the foregoing Motion for Stay of Ruling was served via the U.S. Postal Service upon:

J. Daryl Dodson
14 A Norre Gade
P.O. Box 310
St. Thomas, USVI 00804


Gregory H. Hodges, Esq.
Dudley, Topper & Feuerzeig, L.L.P.
P.O. Box 756
St. Thomas, USVI 00804

David H. Staples