```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS & ST. JOHN
```

DAVID H. STAPLES and MARJA        )
STAPLES,                          )
                                  )
            Plaintiffs,           )
                                  )   Civil No. 2005-11
            v.                    )
                                  )
RUYTER BAY LAND PARTNERS, LLC;    )
RUYTER BAY LAND INVESTORS,        )
LLC; MIKAEL VAN LOON; STEPHEN     )
STRANAHAN; CHARLES SALISBURY;     )
GRANT HATHAWAY; FRANK MURRAY;     )
and THE NATURE CONSERVANCY,       )
                                  )
            Defendants.           )
_____)

**David H. Staples,**
    *Pro se.*

**Marja Staples,**
    *Pro se.*

**J. Daryl Dodson, Esq.**
St. Thomas, U.S.V.I.
    *For defendants Ruyter Bay Land Partners, LLC; Ruyter Bay
    Land Investors, LLC; Mikael Van Loon; Stephen Stranahan;
    Charles Salisbury; Grant Hathaway; and Frank Murray.*

**Gregory H. Hodges, Esq.**
**Justin K. Holcombe, Esq.**
St. Thomas, U.S.V.I.
    *For defendant The Nature Conservancy.*

## JUDGMENT

**GÓMEZ, C.J.**

Before the Court are motions for summary judgment by defendants Ruyter Bay Land Partners, LLC; Ruyter Bay Land Investors, LLC; Mikael Van Loon; Stephen Stranahan; Charles

*Staples, et al. v. Ruyter Bay, et al.*
Civil No. 2005-11
Judgment
Page 2

Salisbury; Grant Hathaway; Frank Murray; and The Nature Conservancy, against *pro se* plaintiffs David H. Staples and Marja Staples.

For the reasons more fully stated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that the defendants' motion is **GRANTED**; it is further

**ORDERED** that summary judgment shall be entered in favor of the defendants; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

**Dated: December 10, 2007**

S\_____
            CURTIS V. GÓMEZ
              Chief Judge

copy:        Hon. Geoffrey W. Barnard
             David H. Staples, *Pro se*
             Marja Staples, *Pro se*
             J. Daryl Dodson, Esq.
             Gregory H. Hodges, Esq.
             Justin K. Holcombe, Esq.
             Carol C. Jackson
             Olga Schneider
             Lydia Trotman
             Claudette Donovan
             Gregory F. Laufer