IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DAVID STAPLES and MARJA STAPLES ) | |
| ) | |
| Plaintiffs, ) | CIVIL NO. 2005-11 |
| ) | |
| v. ) | _____ |
| ) | |
| RUYTER BAY LAND PARTNERS, LLC, ) | ACTION FOR DAMAGES, BREACH OF |
| RUYTER BAY LAND INVESTORS, LLC, ) | FIDUCIARY RESPONSIBILITY ETC. |
| MIKAEL VAN LOON, STEPHEN ) | |
| STRANAHAN, CHARLES SALISBURY ) | |
| GRANT HATHAWAY, FRANK ) | |
| MURRAY, and THE NATURE ) | |
| CONSERVANCY, INC. ) | |
| Defendants. ) | |
| _____) | |

## *WRIT OF EXECUTION*

TO THE UNITED STATES MARSHAL, GREETING:

WHEREAS on February 8, 2008, the defendants Ruyter Bay Land Partners, LLC, Ruyter Bay Land Investors, LLC, Mikael Van Loon, Stephen Stranahan, Charles Salisbury, and Grant Hathaway ("the Ruyter Defendants") recovered a Judgment against the plaintiffs David Staples and Marja Staples in the principal sum of $2,000.00, plus post-judgment interest thereon at the judgment rate of 2.05%, until paid, which judgment has been duly entered and docketed and upon which there are actually due the sums listed below.

NOW THEREFORE, You, the said Marshal are hereby required to satisfy the said judgment, with interest, out of the personal property of said judgment debtors, or if sufficient personal property of said debtor cannot be found, then out of the real property belonging to said

*Staples v. Ruyter Bay Land Partners, L.L.C.*
**Writ of Execution**
Page 2

debtors, on which said judgment has become a lien as provided by law, and make return of this writ within thirty days after your receipt hereof, with what you have endorsed hereon.

DATED THIS 30th DAY OF June, 2008:

HON. WILFREDO MORALES, CLERK OF THE COURT

By: _____
(Deputy) Clerk

Judgment:        $2,000.00
Interest:        $12.69 (as of 5/29/08)
Costs:           $0
Marshal's Fees
 on Writ:        $